TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
**Attorney for Daniel J. Dease**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:13-cr-00253-JAD-PAL |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| vs. ) | **REVOCATION HEARING** |
| ) | Consolidated with Case: |
| DANIEL J. DEASE, ) | 2:15-cr-00255-JAD-PAL |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, DANIEL J. DEASE, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, SUSAN CUSHMAN, Assistant U.S. Attorney, that the Trial in the above-captioned matter currently set for Tuesday, June 28, 2016 be re-set for at least 30 days or a time convenient for the court.

This Stipulation is entered into for the following reasons

1. On December 23, 2015 the case 2:13-cr-00253 was consolidated and assigned to the Honorable Judge Jennifer A. Dorsey with current case number 2:15-cv-00255.

2. Mr. Leventhal needs additional time to review a proposed Plea Agreement in the case that this instant matter was consolidated with.

3. Counsel is requesting the continuance of this matter to be reset and coordinated with case #2:15-cr-00255-JAD-PAL

4. Mr. Dease is currently in custody and agrees with this request.

5. Mr. Leventhal has spoken to SUSAN CUSHMAN, Assistant United States Attorney, and she has no objection to this continuance.

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 8th day of June, 2016.

/s/ Todd M. Leventhal
TODD M. LEVENTHAL, ESQ.
Counsel for Daniel J. Dease

/s/ Susan Cushman
SUSAN CUSHMAN
Assistant U.S. Attorney

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By: /s/ Todd M. Leventhal

TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S. 3rd Street
Las Vegas, Nevada 89101
T: 702-472-8686
leventhalandassociates@gmail.com
Attorney for: Daniel J. Dease

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
***Attorney for Daniel J. Dease***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                ) | 2:15-cr-00255-JAD-PAL |
|           Plaintiff,           ) | |
|                                ) | |
|      vs.                       ) | |
|                                ) | |
| DANIEL J. DEASE,               ) | |
|                                ) | |
|           Defendant.           ) | |
|                                ) | |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. On December 23, 2015 the case 2:13-cr-00253 was consolidated and assigned to the Honorable Judge Jennifer A. Dorsey with current case number 2:15-cv-00255.

2. Mr. Leventhal needs additional time to review a proposed Plea Agreement in the case that this instant matter was consolidated with.

3. Counsel is requesting the continuance of this matter to be reset and coordinated with case #2:15-cr-00255-JAD-PAL

4. Mr. Dease is currently in custody and agrees with this request.

5. Mr. Leventhal has spoken to SUSAN CUSHMAN, Assistant United States Attorney, and she has no objection to this continuance.

6. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

1. For all the above-stated reasons, the ends of justice would best be served by granting a continuance of the current Revocation Hearing date and reset it for the same date as the trial in the 2:15-cr-00255 case or a time convenient for the court.

## ORDER

Accordingly, IT IS SO ORDERED that the current Revocation hearing is vacated and the same is continued and reset for Monday, August 8, 2016, at 1:30 p.m. in Courtroom 6D.

Dated this 9th day of June, 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2016 a true and correct copy of the, **STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING** was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

**Kathleen Bliss** :  kathleen.bliss@thefederaldefenders.com, jason.hicks@thefederaldefenders.com, joshua.ang@thefederaldefenders.com, kb@kathleenblisslaw.com, krystle@thefederaldefenders.com, paul.padda@thefederaldefenders.com, ppadda@caplawyers.com

**Susan Cushman**:   susan.cushman@usdoj.gov, Christie.M.Sequeira@usdoj.gov, USANV.team3@usdoj.gov, denise.cope@usdoj.gov

                                                    /s/ Carmen Martinez
                                                    An Employee of TODD M. LEVENTHAL, ESQ.
                                                    LEVENTHAL AND ASSOCIATES, PLLC.